IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BILLY CHARLES HIGH**                                            **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO.  1:12-cv-201-LG-JMR**

**PEARL RIVER COUNTY DISTRICT ATTORNEY, ET AL.**      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that Plaintiff's claims for habeas corpus relief are **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FURTHER ORDERED AND ADJUDGED** that Plaintiff's § 1983 claims are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim and as seeking monetary relief against a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).  This dismissal counts as a strike pursuant to 28 U.S.C. 1915(g).

**SO ORDERED AND ADJUDGED** this the 7th day of November, 2012.

                                       s/ *Louis Guirola, Jr.*
                                       LOUIS GUIROLA, JR.
                                       CHIEF U.S. DISTRICT JUDGE